UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENDAL ARTHUR BURGE,
    Petitioner,

vs.                                            Case No.: 5:21cv206/TKW/EMT

RON DESANTIS,
    Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4) and Petitioner's objection (Doc. 5). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the claims raised by Petitioner in this case are not cognizable in a habeas petition and that this case should be dismissed.

The Court did not overlook Petitioner's request that the petition be construed as a civil rights action under 42 U.S.C. §1983, but the Court rejects that request because the claims will need to be entirely re-pled on the proper form and the appropriate filing fee will need to be paid. That can and should be done in an entirely new case.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The habeas petition (Doc. 1) is **DISMISSED without prejudice** to re-filing the claims in the petition in a §1983 complaint in a separate case.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE and ORDERED** this 24th day of November, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**